Howard Rutten (SBN 164820)
howard@ruttenlawfirm.com
Elvira Kamosko (SBN 334704)
elvira@ruttenlawfirm.com
**The Rutten Law Firm, APC**
21860 Burbank Blvd., Suite 340
Woodland Hills, CA 91367
Telephone: (818) 308-6915

Attorneys for Plaintiff
RONNIE RODRIGUES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE RODRIGUES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST AIRLINES, INC., a Utah corporation<br><br>Defendants. | CASE NO.  3:21-cv-08878-WHO<br><br>[Assigned for all purposes to the Hon. William H. Orrick, Courtroom 2 – 17th Floor]<br><br>**[PROPOSED] ORDER APPROVING STIPULATION ALLOWING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

  Pursuant to Parties' stipulation, Plaintiff Ronnie Rodrigues may file and serve a First Amended Complaint within two (2) court days of entry of this Order by the Court. Defendant SkyWest Airlines, Inc.'s responsive pleading shall be filed and served within twenty-one (21) days thereafter.

**IT IS SO ORDERED.**

DATE: March 9, 2022

_____
THE HONORABLE WILLIAM H. ORRICK